BORIS FELDMAN, State Bar No. 128838
boris.feldman@freshfields.com
DORU GAVRIL, State Bar No. 282309
doru.gavril@freshfields.com
ELENA HADJIMICHAEL, State Bar No. 355715
elena.hadjimichael@freshfields.com
CARL P. HUDSON, State Bar No. 317201
carl.hudson@freshfields.com
FRESHFIELDS US LLP
855 Main Street
Redwood City, CA 94063

Telephone: (650) 618-9250

*Attorneys for Defendants Super Micro Computer, Inc.,*
*Charles Liang, and David Weigand*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE SUPER MICRO COMPUTER, INC. SECURITIES LITIGATION | Case No.: 5:24-cv-06147-EJD<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

Defendant Super Micro Computer, Inc. (Supermicro) submits this administrative motion pursuant to Civil Local Rule 3-12(b) for the Court's consideration of whether three actions pending in this District satisfy the definition of "Related Cases" under Civil Local Rule Rule 3-12(a):

1. *In re Super Micro Computer, Inc. Securities Litigation*, No. 24-cv-06147-EJD (N.D. Cal. Aug. 30, 2024) ("*In re Supermicro*").

2. *Bhuva v. Super Micro Computer, Inc.*, No. 26-cv-02606-JSC (N.D. Cal. Mar. 25, 2026) ("*Bhuva*").

3. *City of Hialeah Employees' Retirement System v. Super Micro Computer, Inc.*, No. 26-cv-03018-CRB (N.D. Cal. Apr. 8, 2026) ("*City of Hialeah*").

Among the factors for consideration by the Court in determining relatedness are the following:

- All three cases are putative shareholder class actions brought pursuant to Sections 10(b) and 20(a) of the Securities and Exchange Act of 1934 and governed by the Private Securities Litigation Reform Act of 1995.

- All three cases are brought on behalf of putative classes of Supermicro shareholders based on their purchases of Supermicro securities. The three alleged class periods also substantially overlap. For *In re Supermicro*, the alleged Class Period is November 3, 2020 through October 30, 2024; in *Bhuva*, the alleged Class Period is April 30, 2024 through March 19, 2026; and in *City of Hialeah*, the alleged Class Period is February 2, 2024 though March 19, 2026.

- The defendants in each of the three cases include Supermicro, Charles Liang, and David Weigand. The most recently filed action, *City of Hialeah*, includes one additional defendant, Yih-Shyan "Wally" Liaw.

- The *In re Supermicro* Court has appointed Lead Plaintiff and Lead Counsel. Proceedings have included a mandamus petition regarding that appointment, which has been argued before the Ninth Circuit, with no decision yet issued. The various actions have been consolidated and the Lead Plaintiff filed a Consolidated Amended Complaint. Defendants have moved to dismiss the Consolidated Complaint. The Court has heard argument on that motion, which is under submission. Lead Counsel for the

1

Plaintiffs in *In re Supermicro*, Bernstein Litowitz Berger & Grossman, is also counsel for the Plaintiffs in *City of Hialeah*.

- In *Bhuva* and *City of Hialeah*, the time for filing Lead Plaintiff motions has not occurred.
- Primary defense counsel in all three cases is Freshfields US LLP.
- Without a finding that these cases are related, there would likely be an unduly burdensome duplication of labor and expense or conflicting results.

Dated: April 15, 2026                          Respectfully submitted,

                                               FRESHFIELDS US LLP


                                               By: */s/ Boris Feldman*
                                                       Boris Feldman

                                               *Attorneys for Defendants*

DEFS' ADMIN. MOTION TO CONSIDER RELATED CASES
CASE NO. 5:24-CV-06147-EJD