**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

DAVID PILL,

          Plaintiff,

    v.

CHARLES LIANG, et al.,

          Defendants.

Case No. 26-cv-04775-BLF

**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jacqueline Scott Corley for consideration of whether the case is related to *Bhuva v. Super Micro Computer, Inc. et al.*, Case No. 26-cv-02606-JSC.

**IT IS SO ORDERED.**

Dated: June 5, 2026

_____

BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California