UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 11 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

In re: JAYANTILAL PATEL.

---

JAYANTILAL PATEL,

Petitioner,

v.

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO,

Respondent,

UAPURVA BHUVA; et al.,

Real Parties in Interest.

No. 26-4794

D.C. No.
3:26-cv-02606-JSC
Northern District of California,
San Francisco

ORDER

Before: S.R. THOMAS, BERZON, and FORREST, Circuit Judges.

Real parties in interest must file an answer to this petition for a writ of mandamus within 14 days. *See* Fed. R. App. P. 21(b).

The district court may also address the petition if it so desires. If the district court elects to address the petition, it may file an answer with this court or issue a supplemental order and serve a copy on this court within 14 days.

Petitioner may file a reply within 7 days after service of the answer(s).

The clerk will send a copy of this order to the district court and Judge Corley.