# Exhibit 1

**CERTIFICATION PURSUANT TO**
**THE FEDERAL SECURITIES LAWS**

I, Laken H. Ryals, on behalf of the Court-appointed Lead Plaintiff Public Employees' Retirement System of Mississippi ("Mississippi"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am Special Assistant Attorney General in the Office of the Attorney General of the State of Mississippi. I am fully authorized to enter into and execute this Certification on behalf of Mississippi. I have reviewed the Consolidated Class Action Complaint for Violations of Federal Securities Laws and Mississippi has authorized its filing.

2. Mississippi did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. Mississippi is willing to serve as a lead plaintiff and representative party on behalf of the class, including providing testimony at deposition and trial, if necessary. Mississippi fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act of 1995, including the selection and retention of counsel and overseeing the prosecution of the action for the class.

4. Mississippi's transactions in the Super Micro Computer, Inc. securities that are the subject of this action are set forth in the chart attached hereto.

5. Mississippi has sought to serve and was appointed as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

   *In re Super Micro Computer, Inc. Securities Litigation*, No. 26-cv-2606 (N.D. Cal.) (this action);
   *In re The Trade Desk, Inc. Securities Litigation*, No. 25-cv-1396 (C.D. Cal.);
   *In re Lineage, Inc. Securities Litigation*, No. 25-cv-12383 (E.D. Mich.); and
   *New England Teamsters Pension Fund v. West Pharmaceutical Services, Inc.*, No. 25-cv-2285 (E.D. Pa.).

6. Mississippi is currently seeking to serve as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

   *Baldwin v. Intuit Inc.*, No. 26-cv-7086 (N.D. Cal.); and
   *Feldman v. Apollo Global Management, Inc.*, No. 26-cv-1692 (S.D.N.Y.).

7. Mississippi has sought to serve as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for appointment as lead plaintiff or was not appointed lead plaintiff:

*Electrical Workers Pension Fund, Local 103 IBEW v. Baxter International, Inc.*, No. 25-cv-12672 (N.D. Ill.);
*In re Atkore Inc. Securities Litigation*, No. 25-cv-1851 (N.D. Ill.);
*Shing v. ICON plc*, No. 25-cv-763 (E.D.N.Y.);
*Averza v. Super Micro Computer, Inc.*, No. 24-cv-6147 (N.D. Cal.);
*In re Crowdstrike Holdings, Inc. Securities Litigation*, No. 24-cv-857 (W.D. Tex.);
*In re Agilon Health, Inc. Securities Litigation*, No. 24-cv-297 (W.D. Tex.); and
*Kempen International Funds (Kempen International Funds - MercLin Global Equity) v. Syneos Health, Inc.*, No. 23-cv-8848 (S.D.N.Y.).

8. Mississippi will not accept any payment for serving as a representative party on behalf of the class beyond Mississippi's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th day of October, 2026.

Laken H. Ryals
*Special Assistant Attorney General in the Office of the Attorney General of the State of Mississippi on behalf of the Public Employees' Retirement System of Mississippi*

**Public Employees' Retirement System of Mississippi**
**Transactions in Super Micro Computer, Inc.**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 3/15/2024 | 61,650 | 106.8824 |
| Purchase | 3/21/2024 | 2,140 | 97.1609 |
| Purchase | 4/30/2025 | 1,279 | 31.8600 |
| Purchase | 6/20/2025 | 1,284 | 45.3173 |
| Purchase | 6/26/2026 | 6,361 | 30.6280 |
| | | | |
| Sale | 5/21/2024 | (1,330) | 89.8950 |
| Sale | 9/20/2024 | (120) | 45.7291 |
| Sale | 12/5/2024 | (1,421) | 41.1400 |
| Sale | 2/26/2025 | (4,936) | 51.1100 |
| Sale | 9/19/2025 | (1,651) | 45.8131 |
| Sale | 2/9/2026 | (673) | 33.5300 |
| Sale | 2/12/2026 | (3,424) | 30.4300 |