# Exhibit 2

# CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS

The undersigned, Anna Larris and Staffan Ringvall, on behalf of the Court-appointed Lead Plaintiff Handelsbanken Fonder AB ("Handelsbanken"), acting on behalf of Handelsbanken Global Index Criteria, Handelsbanken USA Index Criteria, and Handelsbanken Globalsmabolag Index Criteria (together, the "Funds"), hereby certify as to the claims asserted under the federal securities laws, that:

1. We are duly authorized to sign this certification on behalf of Handelsbanken and the Funds. We have reviewed the Consolidated Class Action Complaint for Violations of Federal Securities Laws and authorize its filing.

2. Handelsbanken is the only entity with power and authority to take any action on behalf of the Funds, including the power and authority to pursue litigation. The Funds are organized under Swedish law and have no independent legal identity and do not have the capacity to sue or be sued. Under Swedish law, Handelsbanken, as the management company for the Funds, is the only entity authorized and empowered to act on behalf of the Funds.

3. The Funds did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

4. Handelsbanken is willing to serve as a lead plaintiff and representative party on behalf of the class, including providing testimony at deposition and trial, if necessary. Handelsbanken fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act of 1995, including the selection and retention of counsel and overseeing the prosecution of the action for the class.

5. The Funds' transactions in the Super Micro Computer, Inc. securities that are the subject of this action are set forth in the attached Schedule A.

6. Handelsbanken has sought to serve and was appointed as a lead plaintiff and representative party on behalf of a class in the following action under the federal securities laws filed during the three-year period preceding the date of this Certification:

*In re Super Micro Computer, Inc. Securities Litigation*,
No. 26-cv-2606 (N.D. Cal.) (this action)

7. Handelsbanken will not accept any payment for serving as a representative party on behalf of the class beyond Handelsbanken's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class, as ordered or approved by the Court.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 1 day of October, 2026.

For Handelsbanken Fonder AB:

Anna Larris

Digitally signed by Anna Larris
Date: 2026.10.01 10:41:54 +02'00'

Anna Larris
Head of Legal and Sustainability

Staffan Ringvall

Digitally signed by Staffan Ringvall
Date: 2026.10.01 10:37:59 +02'00'

Staffan Ringvall
Head of Corporate Governance and Company Secretary

# SCHEDULE A

## Handelsbanken Fonder AB Transactions in Super Micro Computer, Inc.

| Transaction | Date | Shares | Price |
|---|---|---|---|
| **Handelsbanken Global Index Criteria** | | | |
| Purchase | 5/16/2024 | 102,650 | 90.4400 |
| Purchase | 5/17/2024 | 3,220 | 91.2818 |
| Purchase | 5/22/2024 | 1,640 | 89.6975 |
| Purchase | 6/5/2024 | 1,680 | 78.8287 |
| Purchase | 6/7/2024 | 2,740 | 77.3416 |
| Purchase | 10/25/2024 | 2,576 | 47.3721 |
| Purchase | 11/20/2024 | 17,884 | 26.4106 |
| Purchase | 11/20/2024 | 8,644 | 25.8000 |
| Purchase | 12/9/2024 | 4,657 | 45.6511 |
| Purchase | 2/11/2025 | 2,894 | 42.1383 |
| Purchase | 3/20/2025 | 3,540 | 39.5916 |
| Purchase | 5/21/2025 | 9,766 | 41.6500 |
| Purchase | 6/3/2025 | 6,112 | 41.6959 |
| Purchase | 7/24/2025 | 956 | 51.9018 |
| Purchase | 7/29/2025 | 2,101 | 60.7456 |
| Purchase | 9/2/2025 | 4,344 | 40.4650 |
| Purchase | 9/30/2025 | 6,202 | 48.0507 |
| Purchase | 2/13/2026 | 6,592 | 30.6521 |
| Sale | 6/25/2024 | (2,000) | 83.2875 |
| Sale | 1/21/2025 | (5,482) | 32.5415 |
| Sale | 4/8/2025 | (3,691) | 34.8000 |
| Sale | 4/16/2025 | (4,607) | 32.4927 |
| Sale | 7/15/2025 | (7,900) | 52.5987 |
| Sale | 9/19/2025 | (2,770) | 46.1832 |
| Sale | 10/23/2025 | (2,351) | 50.8428 |
| Sale | 11/19/2025 | (14,003) | 33.7300 |
| Sale | 12/17/2025 | (4,976) | 31.4419 |
| Sale | 2/9/2026 | (2,350) | 33.0179 |
| Transfer out | 5/21/2026 | (138,068) | |
| **Handelsbanken USA Index Criteria** | | | |
| Purchase | 05/16/2024 | 68,510 | 90.4400 |
| Purchase | 05/21/2025 | 39,732 | 41.6500 |

# SCHEDULE A

## Handelsbanken Fonder AB Transactions in Super Micro Computer, Inc.

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 10/02/2025 | 2,521 | 51.6680 |
| Sale | 05/21/2024 | (1,780) | 89.6330 |
| Sale | 05/23/2024 | (1,050) | 92.3011 |
| Sale | 05/31/2024 | (3,640) | 79.9543 |
| Sale | 11/20/2024 | (43,807) | 25.8000 |
| Sale | 12/23/2024 | (3,135) | 32.2207 |
| Sale | 03/11/2025 | (2,240) | 38.4150 |
| Sale | 07/08/2025 | (4,694) | 48.1952 |
| Transfer out | 5/21/2026 | (50,417) | |

**Handelsbanken Globalsmabolag Index Criteria**

| | | | |
|---|---|---|---|
| Purchase | 4/2/2024 | 2,000 | 99.6640 |
| Purchase | 4/8/2024 | 2,000 | 91.7615 |
| Transfer in | 5/21/2026 | 172,200 | |
| Sale | 5/16/2024 | (100,000) | 90.4400 |