# Exhibit 3

# CERTIFICATION

Storebrand Asset Management AS ("Storebrand" or "Lead Plaintiff") declares, as to the claims asserted under the federal securities laws, that:

1. Lead Plaintiff did not purchase the securities that are the subject of this action at the direction of Lead Plaintiff's counsel or in order to participate in any private action.

2. Lead Plaintiff has been serving and will continue to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

3. Lead Plaintiff's Class Period transactions in the Super Micro Computer, Inc. securities that are the subject of this action are attached in Schedule A.

4. Storebrand has full power and authority to bring suit to recover for the investment losses suffered in connection with the transactions listed in Schedule A.[1]

5. Lead Plaintiff has reviewed the Consolidated Class Action Complaint for Violations of Federal Securities Laws and authorizes its filing.

6. I, Bård Bringedal, Chief Investment Officer - Equities, am authorized to make legal decisions, and execute this certification, on behalf of Storebrand.

7. Lead Plaintiff intends to actively monitor and vigorously pursue this action for the benefit of the class.

---

[1] As the fund company for SPP Generation 40-tal, SPP Generation 50-tal, SPP Generation 60-tal, SPP Generation 70-tal, SPP Generation 80-tal, and Storebrand Global All Countries, which are not legal entities, Storebrand represents these funds in all legal and financial matters. These funds do not have any employees or ability to protect their interests in any way other than through Storebrand. Moreover, Storebrand is the only entity able to represent these funds in this litigation under the laws of Sweden. Storebrand has also received assignments of claims from Kron Indeks Global, Storebrand Global Indeks, Storebrand Indeks – Alle Markeder, and Storebrand Livsforsikring AS (on behalf of SBL Global ESG and SBL Globale Aksjer Offentlig).

8. Lead Plaintiff will endeavor to provide fair and adequate representation and work directly with the efforts of class counsel to ensure that the largest recovery for the class consistent with good faith and meritorious judgment is obtained.

9. Lead Plaintiff is currently serving or has served as a representative party for a class action filed under the federal securities laws during the three years prior to the date of this certification in this action, *In re Super Micro Computer, Inc. Securities Litigation*, No. 26-cv-02606 (N.D. Cal.), and *General Retirement System of the City of Detroit v. Verizon Communications Inc.*, No. 23-cv-05218 (D.N.J.).

10. Lead Plaintiff has sought to serve and was not appointed as a representative party for a class action filed under the federal securities laws during the three years prior to the date of this Certification in *Flannery v. Snowflake Inc.*, No. 24-cv-01234 (N.D. Cal.).

11. Lead Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond Lead Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of October 2026.

**Storebrand Asset Management AS**

Signed by:
By: Bård Bringedal
2E7BEC3B3B7C48B...
Bård Bringedal
*Chief Investment Officer - Equities*

# SCHEDULE A

**Kron Indeks Global**

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Common Stock | Buy | 3/5/2024 | 440 | $109.0830 |
| Common Stock | Buy | 3/26/2024 | 450 | $102.5060 |
| Common Stock | Buy | 5/28/2024 | 540 | $87.4720 |
| Common Stock | Buy | 6/17/2024 | 950 | $88.7410 |
| Common Stock | Buy | 10/17/2024 | 375 | $47.5850 |
| Common Stock | Buy | 11/22/2024 | 1,520 | $33.1500 |
| Common Stock | Sell | 2/3/2025 | 618 | $26.8500 |

**SBL Global ESG**

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Common Stock | Buy | 8/26/2024 | 1,310 | $56.2510 |
| Common Stock | Buy | 9/23/2024 | 3,900 | $46.5940 |
| Common Stock | Buy | 10/16/2024 | 3,856 | $48.7500 |
| Common Stock | Buy | 10/22/2024 | 1,334 | $45.9700 |
| Common Stock | Buy | 11/8/2024 | 2,898 | $24.5200 |
| Common Stock | Buy | 11/25/2024 | 3,312 | $38.4100 |
| Common Stock | Buy | 3/27/2025 | 2,099 | $34.7200 |
| Common Stock | Buy | 4/24/2025 | 2,221 | $35.8100 |
| Common Stock | Sell | 3/14/2024 | 1,680 | $113.0110 |
| Common Stock | Sell | 3/19/2024 | 500 | $91.0970 |
| Common Stock | Sell | 3/21/2024 | 840 | $97.1610 |
| Common Stock | Sell | 7/1/2024 | 1,990 | $81.2320 |
| Common Stock | Sell | 7/26/2024 | 3,770 | $71.2190 |
| Common Stock | Sell | 8/6/2024 | 740 | $61.6940 |
| Common Stock | Sell | 2/27/2025 | 2,273 | $42.9500 |
| Common Stock | Sell | 2/28/2025 | 534 | $41.4600 |
| Common Stock | Sell | 1/21/2026 | 6,368 | $32.2400 |

**SBL Globale Aksjer Offentlig**

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Common Stock | Buy | 12/18/2024 | 483 | $32.2300 |
| Common Stock | Buy | 12/19/2024 | 483 | $32.9500 |
| Common Stock | Buy | 12/20/2024 | 499 | $30.9500 |
| Common Stock | Buy | 1/6/2025 | 1,170 | $36.4500 |
| Common Stock | Buy | 2/13/2025 | 275 | $42.2800 |
| Common Stock | Buy | 3/26/2025 | 277 | $37.0400 |
| Common Stock | Buy | 4/16/2025 | 563 | $31.8900 |
| Common Stock | Buy | 7/30/2025 | 333 | $60.7100 |
| Common Stock | Sell | 6/25/2024 | 1,120 | $84.1330 |

**SPP Generation 40-tal**

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Common Stock | Buy | 6/13/2024 | 360 | $87.1100 |

**SPP Generation 50-tal**

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Common Stock | Buy | 10/11/2024 | 1,108 | $47.8000 |
| Common Stock | Buy | 4/9/2025 | 603 | $36.7100 |
| Common Stock | Sell | 4/2/2024 | 1,400 | $100.9910 |
| Common Stock | Sell | 10/16/2024 | 965 | $48.7500 |
| Common Stock | Sell | 12/19/2024 | 1,099 | $31.8672 |

**SPP Generation 60-tal**

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Common Stock | Buy | 8/6/2024 | 1,000 | $61.6940 |
| Common Stock | Buy | 9/25/2024 | 6,120 | $45.8150 |
| Common Stock | Buy | 4/9/2025 | 1,442 | $36.7100 |
| Common Stock | Sell | 12/19/2024 | 7,540 | $31.8672 |
| Common Stock | Sell | 3/11/2025 | 1,254 | $40.8400 |

**SPP Generation 70-tal**

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Common Stock | Buy | 7/23/2024 | 6,810 | $78.3220 |
| Common Stock | Buy | 9/20/2024 | 4,750 | $45.7270 |
| Common Stock | Buy | 12/3/2024 | 1,065 | $40.2100 |
| Common Stock | Buy | 4/11/2025 | 3,837 | $34.1500 |
| Common Stock | Buy | 5/9/2025 | 2,347 | $31.9900 |
| Common Stock | Sell | 4/2/2024 | 12,030 | $100.9910 |
| Common Stock | Sell | 12/19/2024 | 9,548 | $31.8672 |
| Common Stock | Sell | 5/13/2026 | 1,972 | $32.0000 |

**SPP Generation 80-tal**

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Common Stock | Buy | 5/22/2025 | 952 | $41.3200 |
| Common Stock | Sell | 12/19/2024 | 2,191 | $31.8672 |

**Storebrand Global All Countries**

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Common Stock | Buy | 4/30/2024 | 2,320 | $85.8800 |
| Common Stock | Buy | 5/6/2024 | 510 | $83.0350 |
| Common Stock | Buy | 5/28/2024 | 880 | $87.4720 |
| Common Stock | Buy | 5/29/2024 | 910 | $83.9720 |
| Common Stock | Buy | 6/20/2024 | 69,260 | $91.7635 |

| | | | | |
|---|---|---|---|---|
| Common Stock | Buy | 6/24/2024 | 340 | $82.6980 |
| Common Stock | Buy | 11/7/2024 | 878 | $25.4800 |
| Common Stock | Buy | 11/11/2024 | 6,015 | $23.2300 |
| Common Stock | Buy | 3/26/2025 | 3,500 | $37.0400 |
| Common Stock | Buy | 5/12/2025 | 2,067 | $33.5200 |
| Common Stock | Buy | 5/7/2026 | 2,277 | $33.6200 |
| Common Stock | Buy | 6/2/2026 | 7,913 | $50.1700 |
| Common Stock | Buy | 6/22/2026 | 8,352 | $35.4600 |
| Common Stock | Sell | 8/5/2024 | 34,310 | $60.8830 |
| Common Stock | Sell | 8/26/2024 | 13,650 | $56.2510 |
| Common Stock | Sell | 10/17/2024 | 4,001 | $47.5850 |
| Common Stock | Sell | 12/13/2024 | 18,693 | $36.2149 |
| Common Stock | Sell | 4/7/2025 | 1,562 | $33.0000 |
| Common Stock | Sell | 1/20/2026 | 2,271 | $31.4100 |
| Common Stock | Sell | 1/29/2026 | 1,861 | $30.1200 |
| Common Stock | Sell | 2/13/2026 | 9,931 | $30.5400 |
| Common Stock | Sell | 4/8/2026 | 16,661 | $23.3700 |

**Storebrand Global Indeks**

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Common Stock | Buy | 2/13/2024 | 900 | $79.1490 |
| Common Stock | Buy | 2/27/2024 | 640 | $85.1110 |
| Common Stock | Buy | 3/5/2024 | 440 | $109.0830 |
| Common Stock | Buy | 3/7/2024 | 420 | $115.9760 |
| Common Stock | Buy | 3/14/2024 | 240 | $113.0110 |
| Common Stock | Buy | 3/19/2024 | 470 | $91.0970 |
| Common Stock | Buy | 5/10/2024 | 430 | $79.8500 |
| Common Stock | Buy | 5/16/2024 | 790 | $90.4400 |
| Common Stock | Buy | 5/28/2024 | 540 | $87.4720 |
| Common Stock | Buy | 6/4/2024 | 840 | $77.1610 |
| Common Stock | Buy | 6/20/2024 | 520 | $91.7635 |
| Common Stock | Buy | 7/3/2024 | 560 | $84.7000 |
| Common Stock | Buy | 8/7/2024 | 750 | $49.2700 |
| Common Stock | Buy | 8/15/2024 | 810 | $62.6690 |
| Common Stock | Buy | 8/29/2024 | 1,070 | $44.8820 |
| Common Stock | Buy | 10/9/2024 | 1,028 | $47.2900 |
| Common Stock | Buy | 10/25/2024 | 200 | $47.2700 |
| Common Stock | Buy | 11/8/2024 | 2,288 | $24.5200 |
| Common Stock | Buy | 11/21/2024 | 2,155 | $29.7000 |
| Common Stock | Buy | 3/18/2025 | 1,931 | $37.9000 |
| Common Stock | Buy | 3/27/2025 | 1,861 | $34.7200 |
| Common Stock | Buy | 4/2/2025 | 1,355 | $35.0900 |
| Common Stock | Buy | 4/8/2025 | 1,374 | $31.7100 |

| | | | | |
|---|---|---|---|---|
| Common Stock | Buy | 4/14/2025 | 557 | $33.1200 |
| Common Stock | Buy | 4/15/2025 | 1,420 | $33.4800 |
| Common Stock | Buy | 4/16/2025 | 1,696 | $31.8900 |
| Common Stock | Buy | 12/9/2025 | 1,151 | $35.0200 |
| Common Stock | Buy | 2/27/2026 | 2,826 | $32.3900 |
| Common Stock | Buy | 4/28/2026 | 2,696 | $27.2500 |
| Common Stock | Buy | 5/6/2026 | 1,989 | $34.6600 |
| Common Stock | Buy | 5/21/2026 | 7,404 | $33.4600 |
| Common Stock | Buy | 5/26/2026 | 1,168 | $37.1000 |
| Common Stock | Buy | 5/29/2026 | 1,314 | $46.0900 |
| Common Stock | Sell | 8/1/2024 | 1,490 | $67.2240 |
| Common Stock | Sell | 1/13/2025 | 1,682 | $31.0800 |
| Common Stock | Sell | 2/26/2025 | 1,623 | $51.1100 |
| Common Stock | Sell | 3/11/2025 | 2,087 | $40.8400 |
| Common Stock | Sell | 6/6/2025 | 1,838 | $41.5500 |
| Common Stock | Sell | 9/29/2025 | 1,436 | $46.3600 |
| Common Stock | Sell | 10/9/2025 | 174 | $57.9800 |
| Common Stock | Sell | 1/20/2026 | 10,326 | $31.4100 |
| Common Stock | Sell | 1/22/2026 | 5,484 | $32.4500 |
| Common Stock | Sell | 2/4/2026 | 2,391 | $33.7600 |

**Storebrand Indeks – Alle Markeder**

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Common Stock | Buy | 3/18/2024 | 440 | $100.0680 |
| Common Stock | Buy | 3/26/2024 | 300 | $102.5060 |
| Common Stock | Buy | 6/14/2024 | 540 | $84.4540 |
| Common Stock | Buy | 7/29/2024 | 630 | $69.7730 |
| Common Stock | Buy | 9/18/2024 | 430 | $43.6880 |
| Common Stock | Buy | 11/14/2024 | 874 | $18.0100 |
| Common Stock | Buy | 11/21/2024 | 692 | $29.7000 |
| Common Stock | Buy | 4/28/2025 | 582 | $37.2700 |
| Common Stock | Buy | 7/8/2025 | 3,301 | $49.1100 |
| Common Stock | Buy | 6/26/2026 | 3,743 | $30.6300 |
| Common Stock | Sell | 7/19/2024 | 580 | $79.6780 |
| Common Stock | Sell | 2/27/2025 | 487 | $42.9500 |
| Common Stock | Sell | 1/9/2026 | 1,340 | $30.1600 |
| Common Stock | Sell | 1/26/2026 | 2,425 | $30.8000 |
| Common Stock | Sell | 2/2/2026 | 73 | $29.7100 |

* Super Micro Computer, Inc. completed a 10-for-1 stock split on October 1, 2024. All transactions prior to the split have been adjusted.