**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Salvatore J. Graziano (*pro hac vice*)
Hannah G. Ross (*pro hac vice*)
James A. Harrod (*pro hac vice*)
Scott R. Foglietta (*pro hac vice*)
Jorge G. Tenreiro (*pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
salvatore@blbglaw.com
hannah@blbglaw.com
jim.harrod@blbglaw.com
scott.foglietta@blbglaw.com
jorge.tenreiro@blbglaw.com

**KESSLER TOPAZ MELTZER & CHECK, LLP**
Jennifer L. Joost (Bar No. 296164)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel: (415) 400-3000
Fax: (415) 400-3001
jjoost@ktmc.com

Sharan Nirmul (*pro hac vice*)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
snirmul@ktmc.com

*Counsel for Lead Plaintiffs and Co-Lead Counsel for the Class*

[*Additional Counsel Listed on Signature Page.*]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

IN RE SUPER MICRO COMPUTER, INC. SECURITIES LITIGATION

Case No. 3:26-cv-02606-JSC

**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER EXTENDING TIME TO FILE AMENDED COMPLAINT AND MODIFYING BRIEFING SCHEDULE**

The Honorable Jacqueline S. Corley

Pursuant to Civil Local Rules 6-2 and 7-12, Lead Plaintiffs Handelsbanken Fonder AB, Public Employees' Retirement System of Mississippi, and Storebrand Asset Management AS (collectively, "Lead Plaintiffs"), and Defendants Super Micro Computer, Inc. ("Super Micro"), Charles Liang ("Liang"), David Weigand ("Weigand"), and Yih-Shyan "Wally" Liaw ("Liaw") (collectively, "Defendants" and, together with Lead Plaintiffs, the "Parties") through their undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, on July 13, 2026, the Court consolidated the related actions and appointed Lead Plaintiffs and Co-Lead Counsel (Dkt. No. 95);

**WHEREAS**, on July 24, 2026, the Court entered the Parties' stipulation setting the time to file a consolidated complaint and subsequent briefing deadlines (Dkt. No. 98) (the "Scheduling Order"), under which Defendants' motion to dismiss is currently due December 8, 2026, Lead Plaintiffs' opposition is currently due February 8, 2027, and Defendants' reply is currently due March 9, 2027;

**WHEREAS**, on October 9, 2026, Lead Plaintiffs filed the Consolidated Class Action Complaint (Dkt. No. 132) (the "Complaint"), and Defendants have not yet responded to the Complaint;

**WHEREAS**, subsequent to filing of the Consolidated Class Action Complaint, there were additional news reports, including on November 12, 2026, of developments that Lead Plaintiffs wish to include in a further-amended complaint;

**WHEREAS**, Lead Plaintiffs believe that these developments are relevant to their claims and intend to file an amended complaint that incorporates such information, and Defendants consent to the filing of an amended complaint pursuant to Federal Rule of Civil Procedure 15(a)(2);

**WHEREAS,** the Parties agree that providing Lead Plaintiffs forty (40) days to file an amended complaint, and extending the briefing deadlines with the same intervals set in the Scheduling Order, will conserve the resources of the Parties and the Court by avoiding motion practice directed to a Complaint that will be superseded;

**WHEREAS**, the Parties have not previously sought to modify the deadlines in the Scheduling Order, and the extension requested herein will not affect any other date set by the

Court;

**NOW, THEREFORE**, the Parties, through their undersigned counsel, hereby **STIPULATE AND AGREE**, subject to the approval of the Court, as follows:

1. Lead Plaintiffs shall file an amended complaint (the "Amended Complaint") on or before December 22, 2026. Defendants consent to the filing of the Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2), and Defendants need not respond to the Complaint.

2. Defendants shall answer, move to dismiss, or otherwise respond to the Amended Complaint on or before February 22, 2027.

3. If Defendants move to dismiss the Amended Complaint, Lead Plaintiffs' opposition shall be due on or before April 26, 2027, and Defendants' reply shall be due on or before May 25, 2027.

4. The Amended Complaint shall be accompanied by a redline comparing it to the Complaint, consistent with the Court's Civil Standing Order.

5. Nothing in this Stipulation shall constitute a waiver of any claim, defense, or argument of any Party, and Defendants reserve all rights, defenses, and arguments with respect to the Amended Complaint.

IT IS SO STIPULATED.

Dated: November 13, 2026

Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

By: */s/ James A. Harrod*
Salvatore J. Graziano
Hannah G. Ross
James A. Harrod
Scott R. Foglietta
Jorge G. Tenreiro
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
salvatore@blbglaw.com
hannah@blbglaw.com
jim.harrod@blbglaw.com
scott.foglietta@blbglaw.com
jorge.tenreiro@blbglaw.com

**KESSLER TOPAZ MELTZER & CHECK, LLP**
Jennifer L. Joost (Bar No. 296164)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel: (415) 400-3000
Fax: (415) 400-3001
jjoost@ktmc.com

Sharan Nirmul
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
snirmul@ktmc.com

*Counsel for Lead Plaintiffs and Co-Lead Counsel for the Class*

**FRESHFIELDS US LLP**

By: */s/ Boris Feldman*
Boris Feldman

*Attorneys for Defendants Super Micro Computer, Inc., Charles Liang, and David Weigand*

**BIENERT KATZMAN LITTRELL WILLIAMS LLP**

By: */s/ Daniel Z. Goldman*
Daniel Z. Goldman

*Attorneys for Defendant Yih-Shyan "Wally" Liaw*

**~~[PROPOSED]~~ ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The hearing on the motion to dismiss is set for June 17, 2027 at 10:00 a.m. in San Francisco.

Dated: November 17, 2026

Jacqueline Scott Corley

The Honorable Jacqueline S. Corley
United States District Court Judge